## Miller et ux., Appellants, *v.* Silverman.

Argued December 10, 1969. *Thomas J. Maloney,* with him *Butterfield, Joachim, Brodt, Maloney & Hemphill,* for appellants; *Maxwell E. Davison,* with him *Fruhwirth & Davison,* for appellees.

Judgment affirmed.

## Pearl *v.* Baldwin Brothers, Inc., Appellant.

Argued December 11, 1969. *Robert P. Browning,* with him *Oliver, Price and Rhodes,* for appellant; *David M. Epstein,* for appellee.

Judgment affirmed.

## Rausch *v.* Wilson, Appellant.

Argued December 8, 1969. *Joseph P. Phelps, Jr.,* with him *Phelps and Salus,* for appellant; *Parke H. Ulrich,* with him *Fox, Differ & DiGiacomo,* for appellee.

Order affirmed.